DAVIS, Circuit Judge,
concurring:
I concur fully in Judge Keenan’s carefully-reasoned opinion for the panel affirming the judgment. I pause only to note the continuing discomfort in the lower federal courts and in many state courts over the Supreme Court’s outdated due process test for the reliability of eyewitness identification evidence. See ante, at 247-48 (applying Neil v. Biggers, 409 U.S. 188, 199-200, 98 S.Ct. 375, 34 L.Ed.2d 401 (1972)). See generally United States v. Greene, 704 F.3d 298, 305 n. 3, 309 n. 4 (4th Cir.2013) (collecting authorities). As the majority opinion shows, given the circumstances in the case at bar, one could hardly reasonably question the salience of witness “certainty” to the reliability analysis. To be sure, however, such will not always be the case. Id.